# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHEAL G. COPELAND**                                                                                    **PLAINTIFF**

v.                                    Case No. 4:23-cv-00173 KGB

**HUNTER EXPRESS LTD.,** *et al.*                                                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Micheal G. Copeland's unopposed motion to amend scheduling order for expert deadlines (Dkt. No. 42).  Mr. Copeland's current deadline for expert reports is October 11, 2024, and defendants Hunter Express Ltd., Hunter Express U.S., Inc., Hunter Express U.S. Holding, Inc., Andi Elias Anto Anton, John Doe Trucking Entities, John Doe Motor Carriers, John Doe Insurance Companies, John Does 1-5, and Jalal Barkho's ("Defendants") current deadline for expert reports is November 15, 2024 (*Id.*, ¶ 6).  Mr. Copeland represents that the parties require more time to file their expert reports, and he seeks a two-week extension for each of the expert report deadlines (*Id.*).  Mr. Copeland represents that he has conferred with Defendants' counsel, and they do not oppose the motion to amend scheduling order for expert deadlines (*Id.*, ¶ 8).  For good cause shown, the Court grants Mr. Copeland's unopposed motion to amend scheduling order for expert deadlines (Dkt. No. 42).  Mr. Copeland's deadline for expert reports is extended to, and including, October 25, 2024.  Defendants' deadline for expert reports is extended, to and including, November 29, 2024.

It is so ordered this the 9th day of October, 2024.

                                                                                            *Kristine G. Baker*
                                                                                            _____
                                                                                            Kristine G. Baker
                                                                                            Chief United States District Judge