IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHEAL G. COPELAND**                                                                  **PLAINTIFF**

**v.**                                    **Case No. 4:23-cv-00173 KGB**

**HUNTER EXPRESS LTD.,** *et al.*                                               **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 117). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 117). The first amended complaint of Michael G. Copeland is dismissed, with prejudice, against Hunter Express, Ltd. And Andi Elias Anto Anton (Dkt. No. 25). The Court denies as moot all pending motions (Dkt. Nos. 96; 97; 98; 99; 101; 102).

It is so ordered this 26th day of January, 2026.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge